**Clark Hill**

Regina Faul
T (646) 395-8588
F (646) 395-8700
Email:rfaul@clarkhill.com

Clark Hill PLC
1180 Avenue of the Americas
19th Floor, Suite 1910
New York, NY 10036
T (646) 395-8580

February 10, 2026

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:  2/10/2026

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:    *Jadira Suarez v. Charro Concrete LLC, et al.*__
>        *Case No.: 1:25-cv-08208*__**

Dear Judge Vyskocil:

This firm represents Defendants Charro Concrete LLC and Gerardo Rodriguez in connection with the above-referenced matter. The Initial Pretrial Conference in this matter is scheduled for February 17, 2026 at 2:30 PM.

I will be traveling out of the country in the early morning of February 17, 2026 and am not returning until February 23, 2026. I respectfully request an adjournment of the upcoming Initial Pretrial Conference to a day during the week of March 9, 2026, or a date thereafter, that is available with the Court. Plaintiff's counsel has consented to this request.

There have been no prior requests for adjournment of the Initial Pretrial Conference.

Respectfully submitted,

CLARK HILL, PLC

*Regina E. Faul*

Regina E. Faul

The Initial Pretrial Conference scheduled for February 17, 2026 is ADJOURNED sine die. Nonetheless, the Parties are directed to submit a proposed case management plan and joint letter consistent with this Court's Order at ECF No. 17 on or before February 11, 2026. SO ORDERED.

Date:  2/10/2026
New York, New York

Mary Kay Vyskocil
United States District Judge