UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JADIRA SUAREZ,

                                                              25-CV-8208 (VF)

                             Plaintiff,

                                                     **ORDER**

             -against-

CHARRO CONCRETE LLC, et al.,

                           Defendants.

-----------------------------------------------------------------x

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Wednesday, May 20, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Wednesday, May 20, 2026**.

      **SO ORDERED.**

DATED:    New York, New York
           April 20, 2026

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge